# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30899
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 19, 2015

Lyle W. Cayce
Clerk

FLOYD P. DONLEY, SR.,

Plaintiff–Appellant,

v.

HUDSONS SALVAGE, L.L.C.; LINDA COX; VELMA ELAINE HINGLE;
ANGIE CARTER; LOIS PELTIER; JERRY HOLIFIELD; ALAN
SPALLINGER; DOMINIC CUTI; ALLEN ORDENEAUX, III; JOEY
PHILLIPS; SERGENT VARNADO; TED SIMMONS; JERRY TRABONA;
CHARLES REID; AMITE CITY COUNCIL; REGINALD GOLDSBY,

Defendants–Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-3223

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Floyd P. Donley, Sr., appeals from the magistrate judge's denial of his motion to dismiss for lack of jurisdiction. We have jurisdiction because both parties consented to proceed before the magistrate judge. 28 U.S.C. § 636(c)(3).

---

* Pursuant to Fifth Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Cir. R. 47.5.4.

No. 14-30899

Donley originally brought suit against Hudsons Salvage and both parties signed a consent form permitting final resolution of the case by a magistrate judge. § 636 (c)(3).  The magistrate judge granted summary judgment in favor of the defendants, Donley appealed, and we affirmed.  The Supreme Court then denied certiorari.

Donley argues that he never consented to have the particular magistrate judge who heard his case and that this magistrate judge lacked "personal jurisdiction."  In addition to the numerous problems with the merits of this argument, this case was fully resolved, appealed, and certiorari was denied. Donley's argument is moot and for that reason the judgment of the magistrate judge is AFFIRMED.